JUDGE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  vs.<br><br>ERIC LENOROVITZ,<br><br>  Defendant. | No. CR24-028-RSL<br><br>ORDER TO EXTEND PRETRIAL MOTIONS DEADLINE |

THE COURT has considered the unopposed motion to extend the pretrial motions deadline along with the records in this case.

IT IS ORDERED that the due date for pretrial motions is extended from August 5, 2024, to August 19, 2024.

DONE this 6th day of August 2024.

_____
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Nancy Tenney*
Assistant Federal Public Defender
Attorney for Eric Lenorovitz

ORDER TO EXTEND PRETRIAL
MOTIONS DEADLINE - 1
(*U.S. v. Lenorovitz,* CR24-028-RSL)

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100